No error appearing, the judgment will be affirmed.

### DOBBS v. STATE.
No. 14922.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

J. W. Yancy and W. S. Poston, both of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is murder; the punishment, confinement in the penitentiary for five years.

No statement of facts is found in the record. Exceptions are reserved to the court's charge. We find no error of a fundamental nature in said charge. The charge is applicable to a state of facts that might be made by the testimony under the allegations in the indictment. The trial court submitted in his charge both murder and aggravated assault, and this court will assume that the court below submitted to the jury the law of the case and all the law required by the testimony or any portion of same. Jones v. State, 34 Tex. Cr. 490, 30 S. W. 1059; 31 S. W. 664; Johnson v. State, 29 Tex. App. 210, 15 S.W. 205; Williams v. State, 67 Tex. Cr. 597, 150 S. W. 1163.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### ECHOLS v. STATE.
No. 14928.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for five years.

It has been made known to this court by the affidavit of the sheriff of Smith county that the appellant, pending the appeal of his case, escaped from jail on November 7, 1931, and did not voluntarily return within ten days thereafter. By reason of such escape this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925.

The appeal is dismissed.